IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY G. BROWN, | ) |
| Plaintiff | ) |
| v. | ) Civil No. 13-1186 |
| ANDREW COULTER and ALLEGHENY COUNTY, | ) |
| Defendants | ) |

## **O R D E R**

AND NOW, this 29th day of September, 2015, upon consideration of Defendant Allegheny County's Motion for Summary Judgment (Doc. No. 26) and brief and statement of facts in support thereof (Doc. Nos. 27, 28, and 30), filed in the above captioned matter on October 9, 2014, and in further consideration of Plaintiff's responses thereto (Doc. Nos. 35, 36, and 37), filed on January 15, 2015, and in consideration of Defendant Allegheny County's reply (Doc. No. 41), filed on January 29, 2015,

IT IS HEREBY ORDERED that said Motion is GRANTED for the reasons set forth in the Court's Memorandum Opinion filed herewith. Summary Judgment is hereby entered in favor of Defendant Allegheny County as to Counts Two, Four, Six, and Eight.

    __s/Alan N. Bloch_____
    Alan N. Bloch
    United States District Judge

ecf:    Counsel of Record